UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/09
```

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-v-

RAMESH CHAKRAPANI,

Defendant.

No. 09 Civ. 325 (RJS)
ORDER

SECURITIES AND EXCHANGE COMMISSION,

Plaintiffs,

-v-

NICOS ACHILLEAS STEPHANOU, *et al.*,

Defendants.

No. 09 Civ. 1043 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter submitted by counsel for Defendant Ramesh Chakrapani, dated September 3, 2009, setting forth the details of a discovery dispute between the parties. This letter is submitted in contravention of my Individual Practices, Rule 2.F, which requires that in the case of discovery disputes, counsel should "describe their discovery disputes in a *single letter, jointly composed.*"



Accordingly, the parties are ordered to comply with my Individual Practices and provide the Court with a single letter, jointly composed, setting forth the issues in dispute and the respective positions of each party, citing the applicable authority that the respective parties claim for support. Furthermore, pursuant to Rule 2.F of my Individual Practices, the parties must adhere to the "meet and confer" rule contained in Rule 37(a)(2)(A) of the Federal Rules of Civil Procedure, and must describe in the joint submission the time, place and duration of the required meetings between counsel.

SO ORDERED.

Dated: September 3, 2009
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE