UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-v-

RAMESH CHAKRAPANI,

                Defendant.

No. 09 Civ. 325 (RJS)
ORDER

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-v-

NICOS ACHILLEAS STEPHANOU, *et al.*,

                Defendants.

No. 09 Civ. 1043 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

       As stated by the Court at the conference held before it on Thursday, September 24, 2009, it is HEREBY ORDERED that the United States Attorney's Office for the Southern District of New York and the Securities and Exchange Commission (collectively, the "government") provide the Court with the relevant privilege logs, the underlying privileged documents, and any affidavits no later than Friday, October 2, 2009. The government shall also provide the Court with proposed redactions to emails and other documents pertaining to mental impressions of counsel. The relevant

documents shall be delivered by hand to chambers.

It is FURTHER ORDERED that the United States Attorney's Office for the Southern District of New York provide the Court with a status letter, to be *received* no later than October 5, 2009, informing the Court about the status of the criminal matters related to these proceedings. The letter shall be sent to the chambers' email address.

SO ORDERED.

Dated:  September 24, 2009
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE