UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SECURITIES & EXCHANGE COMMISSION,                           :
                                                            :
                Plaintiff,                                  :
                                                            :
        -against-                                           :         ORDER
                                                            :         09 Civ 325 (RJS)(KNF)
RAMESH CHAKRAPANI,                                          :
                                                            :
                Defendant.                                  :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/09
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

   IT IS HEREBY ORDERED that the settlement conference scheduled previously for December 7, 2009, at 3:00 p.m., will commence on the same date, at 2:30 p.m., in courtroom 20A, 500 Pearl St., New York, New York.

Dated: New York, New York
       October 22, 2009

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE